## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| OSCAR A. LOPEZ-PELAEZ, #28238078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21cv645 |
| | § | CRIMINAL ACTION NO. 4:17cr73(10) |
| UNITED STATES OF AMERICA | § | |

### ORDER OF DISMISSAL

This civil action was referred to United States Magistrate Judge Aileen Goldman Durrett, who issued a Report and Recommendation (Dkt. #9) with proposed findings of fact and recommendations for the disposition of the case. The Report and Recommendation of the Magistrate Judge has been presented for consideration. No objections were timely filed. The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** the motion to vacate, set aside, or correct sentence is **DENIED** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. It is further **ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this 31st day of July, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE